[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TAIJAY TODD

**RECEIVED**

SEP 07 2022

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _22- 50313_
(To be supplied by the Clerk of this Court)

UNITED STATES

OFFICER . GRISOM

MEGAN VEARY-BAILEY

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known) 28 U.S.C. § 1346(b).

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: TAIJAY O. TODD

B.    List all aliases: TAI

C.    Prisoner identification number: #55905-054

D.    Place of present confinement: AUSP THomSon

E.    Address: PO Box 1002, THomSon, IL 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: GRISom

      Title: CORRECTIONAL OFFICER

      Place of Employment: MDC BROOKLYN 80 29TH ST, BROOKLYN NY 11232

B.    Defendant: MEGAN VERRY-BAILEY

      Title: MEDICAL STAFF (P.A.)

      Place of Employment: MDC BROOKLYN 80 29TH ST, BROOKLYN, NY 11232

C.    Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON APRIL, 1ST, 2021 AT APPROXIMATELY 11:30 AM AT THE METROPOLITAN DETENTION CENTER (BROOKLYN) IN UNIT H-53. I WAS LET OUT OF MY CELL TO GET MY LUNCH. WHILE INFRONT OF KITCHEN AREA, I ATTEMPTED TO DIFUSE AN ALTERCATION, AT WHICH TIME I WAS ATTACKED BY SEVERAL INMATES. WHILE TRYING TO KEEP MY DISTANCE I OBSERVED P.A. M. VERRY-BAILEY IN UNIT H-52 AT FRONT DOOR OBSERVING SAID ASSAULT, HOWEVER SHE DID NOT HIT THE BODY ALARM.

UPON MAKING IT UPSTAIRS AND TRYING TO RETRIEVE MY ADDRESS BOOK SO I COULD APPROACH THE C.O. GRISOM WHO WAS THE REGULAR UNIT OFFICER AND ON DUTY THAT DAY. ONE OF THE INMATES CAME INTO MY CELL AND SNATCHED MY EYE GLASSES OFF MY DESK, AS I FOLLOWED HIM TO HIS CELL TO DEMAND MY EYE GLASSES BACK, I OBSERVED P.A. VERRY-BAILEY NOW IN UNIT SPEAKING TO C.O. GRISOM. NO ATTEMPT TO LOCKDOWN UNIT OR ALERT MORE STAFF

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WAS MADE. A COUPLE MINUTES LATER WHILE IN SAID INMATE'S CELL, I WAS POMMELED AND SLASHED NUMEROUS TIMES IN THE FACE, LIP, AND UPPER RIGHT CHEST/SHOULDER AREA. UPON RUNNING AWAY FROM AREA OF ATTACK I YELLED "HELP, C.O. HELP I AM BEING ATTACKED." I WAS STRUCK NUMEROUS TIMES IN THE HEAD AS I RAN TOWARDS C.O., UPON TURNING AROUND TO WARD OFF MY PURSUER(S), C.O. GRISOM CAME FROM BEHIND, AND EVENTHOUGH HE SAW THAT I WAS THE VICTIM, INJURED, AND NOT BEING VIOLENT, JUST STANDING MY GROUND, OFFICER GRISOM COMMENCED TO ~~MACE~~ SPRAYING MACE IN MY INJURIES, AND EYES/FACIAL, TEMPORARILY LEAVING ME UNABLE TO SEE. I THEN RAN INTO CELL. AFTER WHICH I WAS CUFFED AND ESCORTED OFF UNIT LEAVING A TRAIL OF BLOOD. HENCE MY CLAIM. I HAVE ALSO PRESENTED AN ADMINISTRATIVE CLAIM (FORM 95) BACK IN APRIL, 2021 WITH THE NORTHEAST REGIONAL OFFICE, WHILE IN SOLITARY CONFINEMENT AT MDC BROOKLYN.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I SEEK MONETARY COMPENSATION IN THE SUM OF $150,000.00 FOR PERSONAL, EMOTIONAL, AND MENTAL INJURIES AND DISTRESS. COURT COST AND LAWYER FEES.

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __24 TH__ day of __AUGUST__, 20 __22__

(Signature of plaintiff or plaintiffs)

TAIJAY O. TODD
(Print name)

55905-054
(I.D. Number)

Thomson USP (SMU)

PO Box 1002

Thomson, Illinois 61285
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | TODD, TAIJAY | | | Reg #: | 55905-054 |
| Date of Birth: | 07/06/1983 | Sex: M Race: BLACK | | Facility: | BRO |
| Note Date: | 04/01/2021 13:44 | Provider: Bialor, Bruce (MAT) MD | | Unit: | Z04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Bialor, Bruce (MAT) MD
        ER Consult for lip/facial lacerations.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 04/01/2021 | 04/01/2021 | Urgent | No | |

    Subtype:
        Emergency Room
    Reason for Request:

        Facial/Lower Lip Lacerations:  37-yo male, in altercation earlier this afternoon, suffered lower lip laceration that requires sutures.  Also suffered 3 smaller lacerations on R side of face, that may require sutures.
    Provisional Diagnosis:

        Facial/Lower Lip Lacerations.  Pt may go by government vehicle to KJMC ER.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD on 04/01/2021 13:52

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: TODD, TAIJAY | | Reg #: 55905-054 |
| Date of Birth: 07/06/1983 | Sex: M    Race: BLACK | Facility: BRO |
| Encounter Date: 04/01/2021 12:15 | Provider: Beddoe, Robert EMT- | Unit: Z04 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1** **Provider:** Beddoe, Robert EMT-P/AHSA

**Date of Injury:** 04/01/2021 11:30 **Date Reported for Treatment:** 04/01/2021 12:15

**Work Related:** No **Work Assignment:** UNASSG, SHU UNASSG

**Pain Location:**

Pain Scale: 0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Housing Unit

**Cause of Injury (Inmate's Statement of how injury occurred):**

"I don't know"

**Symptoms (as reported by inmate):**

Burning to the right eye.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/01/2021 | 12:15 BRO | 97.3 | 36.3 | | Beddoe, Robert EMT-P/AHSA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/01/2021 | 12:15 BRO | 63 | | | Beddoe, Robert EMT-P/AHSA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/01/2021 | 12:15 BRO | 14 | Beddoe, Robert EMT-P/AHSA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/01/2021 | 12:15 BRO | 146/93 | | | | Beddoe, Robert EMT-P/AHSA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/01/2021 | 12:15 BRO | 99 | Room Air | Beddoe, Robert EMT-P/AHSA |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Head**

**General**

Yes: Symmetry of Motor Function

| Inmate Name: TODD, TAIJAY | | Reg #: 55905-054 |
|---|---|---|
| Date of Birth: 07/06/1983 | Sex: M  Race: BLACK | Facility: BRO |
| Encounter Date: 04/01/2021 12:15 | Provider: Beddoe, Robert EMT- | Unit: Z04 |

### Face

#### General

Yes: Symmetric, Laceration

### Lips

#### General

Yes: Bleeding, Laceration(s)

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

No: Respiratory Distress, Tachypnea, Hyperventilation, Hypopnea

## ASSESSMENT:

Laceration(s)

Inmate TODD 55905-054 is a  37 year old Male complaining of injuries suffered during an altercation.

Inmate reports being sprayed by oleoresin capsicum. Inmate was found in WSHU in a holding cell. Inmate was given ample time to grossly decon his face with soap and water.

Inmates medical assessment revealed.
1. Minor laceration to right upper chest.
2. Three laceration to the right side of the face.
3. Lower lip laceration.
4. Right eye red blood shot.

Inmate bleed address with gauze and cleanser. Inmate sent to local ER for facial sutures per Clinical Director.

## PLAN:

## Disposition:

Transfer to Local Hospital

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/01/2021 | Counseling | Plan of Care | Beddoe, Robert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Beddoe, Robert EMT-P/AHSA on 04/01/2021 14:03

Requested to be cosigned by  Bialor, Bruce (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | TODD, TAIJAY | | Reg #: | 55905-054 |
| Date of Birth: | 07/06/1983 | Sex: M | Race: | BLACK |
| Encounter Date: | 04/01/2021 12:15 | Provider: Beddoe, Robert EMT- | Facility: | BRO |

**Cosigned by Bialor, Bruce (MAT) MD on 04/08/2021 16:15.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: TODD, TAIJAY | | Reg #: | 55905-054 |
| Date of Birth: 07/06/1983 | Sex: M    Race: BLACK | Facility: | BRO |
| Encounter Date: 04/08/2021 17:20 | Provider: Timothy, Beverly ANP-C | Unit: | Z03 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:   Timothy, Beverly ANP-C

Chief Complaint:   Skin Problem

Subjective:     37 y/o male presents today for suture removal - lower lip

Was involved in an altercation 4/1/21

States fell and hit left side of face about 3 - 4 days ago, c/o discomfort on left side of face

Pain:        Not Applicable

**OBJECTIVE:**

**Exam:**

**General**

  **Affect**

    Yes: Pleasant, Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Face**

  **General**

    Yes: Tenderness

**Lips**

  **General**

    Yes: Within Normal Limits

**Exam Comments**

Sutures on lip removed - tolerated well

Left side of face - tenderness

Hospital d/c summary dated 4/1/21 reviewed

**ASSESSMENT:**

Injury, face (unspecified), S0993XS - Current

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Facial Bones-General | One Time | | 04/14/2021 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| S/P Fall - facial pain | | | | |

**Disposition:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: TODD, TAIJAY | | | | Reg #: 55905-054 | |
| Date of Birth: 07/06/1983 | Sex: M | Race: BLACK | | Facility: BRO | |
| Encounter Date: 04/08/2021 17:20 | Provider: Timothy, Beverly ANP-C | | | Unit: Z03 | |

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/08/2021 | Counseling | Safety/Injury Prevention | Timothy, Beverly | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Timothy, Beverly ANP-C on 04/08/2021 17:27

Elsevier Interactive Patient Education - TAIJAY TODD - ID# 35334434 - MR# 0001848348



TODD
# 55905054



# The Brooklyn Hospital Center

*How Brooklyn stays healthy.*

121 DeKalb Avenue
Brooklyn, NY 11201
718.250.8000

## EMERGENCY DEPARTMENT INSTRUCTION SUMMARY

## PATIENT EDUCATION SUMMARY

**Patient/Visit Information:**

| Patient Name: TAIJAY TODD | Diag: |
|---|---|
| Attending Caregiver: | |

**Discharge Instruction Sheets Provided:**

Laceration Care, Adult
Facial or Scalp Contusion
Post-Concussion Syndrome
Shoulder Sprain

**Patient Instructions:**

Additional Notes for Laceration Care, Adult
Please provide patient with topical bacitracin 500 units/gram to be applied bid for the next 10 days to the superficial abrasions on the R face, lip, anterior R chest wall.
Please give vitamin E ointment to be applied twice daily after 7 days to the abrasions on the R face.
Please give Augmentin 875/ 125 mg tablet bid for 7 days.
Please give Ibuprofen 800mg tid for 7 days PRN pain.
Allow pt to wash the abrasions with soap and water twice daily.
Please followup with oral surgery clinic in 7 days for suture removal of the lower lip.
Allow pt to ice the face for twenty minutes three times daily for the next three days.
If any worsening symptoms please return to the ED for reevaluation.

**Followup Appointments/Instructions:**

To schedule or confirm your next appointment for Laceration Care, Adult, please contact:

| 02 - 03 days: Dental Care & Oral Surgery Cliinic (155 Ashland Pl) - Brooklyn NY 11201- (718)250-8963 - - Dentistry/Oral surgery/OMFS |
|---|
| 02 days: Ophthalmology (EYE) Clinic (Ophthalmology - Ambulatory Care Center) - 121 DeKalb Ave - Brooklyn NY 11201 - (718)250-8668 - - Ophthalmology |

If you need assistance finding another health care provider, call the number on your health insurance card.

B. Bialot
MDC Brooklyn
Acting Clinical Director

(4/2/21)

The Brooklyn Hospital Center
121 De Kalb Avenue
Brooklyn NY 11201

**#55905-054**

**Patient Results**

| All results performed dates from Apr-01-2021 |
|---|

**TODD, TAIJAY**    Emergency Dept Acute    37y    M

Jul-06-1983    0001848348 / 35334434

| CT Head without Contrast | 1 or more Final Results Received |
|---|---|

CT Head without Contrast    Final

HISTORY:  Reason for Exam: Pt with getting into assault with headahce and R upper eye pain

TECHNIQUE:  CT scan the head consisting of contiguous 5 mm axial sections was performed from the skull base to the convexities without IV contrast.

The CTDI volume for series 2 is 24.48 mGy.

This examination was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, and/or use of iterative reconstruction technique.

COMPARISON:  There are no relevant studies available for comparison.

FINDINGS:
Evaluation of the brain parenchyma demonstrates no mass, mass effect or midline shift.

The gray white differentiation is maintained.

The ventricles are normal in caliber.

There is no intra or extra axial collection. There is no hemorrhage or hematoma.

No abnormal areas of attenuation are noted.

The osseous structures are intact.

There is no lytic or blastic lesion.

The paranasal sinuses and mastoid air cells are well aerated.

IMPRESSION:
No evidence of intracranial injury.

Dictated by: Godwin Lee on April 01, 2021 at 7:02 p.m.
Electronically Signed by: Godwin Lee on April 01, 2021 at 7:02 p.m.
Referring M.D.: Rosamaria Ricci on April 01, 2021 at 6:05 p.m.

| | |
|---|---|
| **Requested By: Ricci, Rosamaria (PA)** | **Printed from: ED-Nursing-Cows** |
| Apr-01-2021 20:53 | Page: 1 of 2 |

The Brooklyn Hospital Center
121 De Kalb Avenue
Brooklyn NY 11201

#55905-054

**Patient Results**

| All results performed dates from Apr-01-2021 |
|---|

| TODD, TAIJAY | Emergency Dept Acute | 37y | M |
|---|---|---|---|
| | | Jul-06-1983 | 0001848348 / 35334434 |

| CT Maxillofacial without Contrast | 1 or more Final Results Received |
|---|---|
| | Final |

CT Maxillofacial without
Contrast

HISTORY:  Ordering Physician Pager #6207 - Reason for Exam: Assess for fracture - Clinical Indication/Patient History: PT with ttp to R orbit and Left tmj ttp after getting into an assault -

TECHNIQUE:  Transaxial CT scan of the facial bones from the orbital roof to the tip of the mandible without IV contrast. Coronal and sagittal reconstructions were created. Bone and soft tissue windows were evaluated.

The CTDI volume for this examination is 25.54 mGy.

This examination was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, and/or use of iterative reconstruction technique.

COMPARISON:  There are no relevant studies available for comparison.

FINDINGS:
There is no evidence of fracture of the facial bones.

The globes are intact. There is no retrobulbar hematoma.

There is mucosal thickening of the bilateral maxillary and frontal sinuses.

The remainder of the visualized paranasal sinuses are unremarkable.

The visualized soft tissues of the neck are unremarkable.

IMPRESSION:
No evidence of facial bone fracture.

Mucoperiosteal thickening of the bilateral maxillary and frontal sinuses compatible sinusitis.

Dictated by: Godwin Lee on April 01, 2021 at 7:19 p.m.
Electronically Signed by: Godwin Lee on April 01, 2021 at 7:19 p.m.
Referring M.D.: Rosamaria Ricci on April 01, 2021 at 6:05 p.m.

| Requested By: Ricci, Rosamaria (PA) | | Printed from: ED-Nursing-Cows |
|---|---|---|
| Apr-01-2021 20:53 | End of Report | Page: 2 of 2 |

The Brooklyn Hospital Center
121 De Kalb Avenue
Brooklyn NY 11201

**Patient Results**

#55905-054

| All results performed dates from Apr-01-2021 | | |
|---|---|---|
| TODD, TAIJAY | Emergency Dept Acute | 37y   M |
| | | Jul-06-1983   0001848348 / 35334434 |

| XR Chest 2 Views | | 1 or more Final Results Received |
|---|---|---|

XR Chest 2 Views                                                    Final

HISTORY:  Reason for Exam: Assess for pntx

TECHNIQUE:  PA and lateral chest examination was performed.

COMPARISON:  There are no relevant studies available for comparison.

FINDINGS:
The lungs are clear.

There are no infiltrates or effusions.

No pleural or pulmonary abnormality is seen.

The heart is normal in size.

The mediastinum, soft tissues and bones are within normal limits.

IMPRESSION:
No active disease.

Dictated by: Godwin Lee on April 01, 2021 at 7:56 p.m.
Electronically Signed by: Godwin Lee on April 01, 2021 at 7:56 p.m.
Referring M.D.: Rosamaria Ricci on April 01, 2021 at 6:09 p.m.

B. Blalor
MDC Brooklyn
Acting Clinical Director

(4/2/21)

| | |
|---|---|
| **Requested By: Ricci, Rosamaria (PA)** | **Printed from: ED-Nursing-Cows** |
| Apr-01-2021 20:54 | Page: 1 of 2 |

The Brooklyn Hospital Center
121 De Kalb Avenue
Brooklyn NY 11201

**Patient Results**


TODD #55905-054

| All results performed dates from Apr-01-2021 |
|---|

**TODD, TAIJAY**          Emergency Dept Acute          37y          M

Jul-06-1983          0001848348 / 35334434

| XR Shoulder Left | 1 or more Final Results Received |
|---|---|

XR Shoulder Left          Final

HISTORY:  Reason for Exam: Assess for fracture / ac joint separation

TECHNIQUE:  Internal, External rotation AP and transcapsular views of the left shoulder were performed.

COMPARISON:  There are no relevant studies available for comparison.

FINDINGS:
The bones are normal in mineralization.

There is no evidence of fracture or dislocation.

No lytic or blastic lesion is seen.

The visualized left upper lobe is clear.

IMPRESSION:
Normal left shoulder

Dictated by: Godwin Lee on April 01, 2021 at 7:55 p.m.
Electronically Signed by: Godwin Lee on April 01, 2021 at 7:55 p.m.
Referring M.D.: Rosamaria Ricci on April 01, 2021 at 6:09 p.m.



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **TODD, TAIJAY (Male)** | DOB: | 07/06/83 |
| Register#: | **55905-054** | Age: | 37 |
| Date: | 04/09/21 12:41 | Status: | OP |
| Slicecount: | 3 | | |
| History: | S/P Fall - facial pain | | |
| Priors: | | | |
| Exams: | FILM FACIAL BONES | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00245984 | | | |

### Final Report

**Exam: FILM FACIAL BONES**

**HISTORY: Pain**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS:** There is no radiographic evidence for acute fracture. The orbital rims are intact. Paranasal sinuses and mastoid air cells are well-aerated. There is no air fluid level.

**IMPRESSION:**
No radiographic evidence for fracture in the face.

If there is continued clinical concern, CT examination can provide further detail.

Radiologist:          Maurice Yu, MD

Study ready at 12:41 and initial results transmitted at 14:29